McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
MATTHEW M. YELOVICH
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-02328-WBS-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING THE TIME FOR FILING A CLAIM |
| REAL PROPERTY KNOWN AS APN: 4181-034-009, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY KNOWN AS APN: 4179-012-040 (FORMERLY KNOWN AS 4179-012-039), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the United States of America and potential claimant Sacramento Kings Limited Partnership, by and through their respective attorneys as follows:

1. The United States filed a Verified Complaint for Forfeiture *In Rem* against real properties identified as APN: 4181-034-009 and APN: 4179-012-040 (hereafter "defendant properties").

2. Pursuant to Federal Rules of Civil Procedure, Rule G, potential claimant Sacramento Kings Limited Partnership ("Claimant") is required to file a claim no later than 30 days after the final publication of legal notice under Rule G(4)(a) or no later than 60 days after the first day of publication on the official internet government forfeiture site, which in this case was September 22, 2018. Accordingly,

1

Claimant must file its claim on or before November 21, 2018, unless the court extends the deadline for good cause shown.

    3.    Accordingly, the parties agree that the deadline by which Claimant may file a claim contesting forfeiture shall be extended to January 23, 2019.

Dated: 11/1/2018
        McGREGOR W. SCOTT
        United States Attorney

By: /s/ Kevin C. Khasigian
    KEVIN C. KHASIGIAN
    Assistant U.S. Attorney

TRAINOR FAIRBROOK

Dated: 11/1/18
    /s/ John D. Fairbrook
    JOHN D. FAIRBROOK
    Attorney for Sacramento Kings Limited Partnership

(Authorized by email)

## ORDER

Pursuant to the foregoing Stipulation, the deadline by which Sacramento Kings Limited Partnership shall be required to file a claim contesting forfeiture in the above-referenced action shall be extended to January 23, 2019.

IT IS SO ORDERED.

Dated: November 1, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE