UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY KNOWN AS APN:4181-034-009, et al.,<br><br>    Defendants. | No. 2:18-cv-2328 WBS KJN<br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY R. DAVID,<br><br>    Defendant. | No. 2:18-cr-253 GEB |

----oo0oo----

1

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same plaintiff, are based in part on the same facts, and likely involve overlapping evidence and witnesses. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States of America v. Real Property Known as APN: 4181-034-009, 2:18-cv-2328 WBS KJN, and United States v. David, 2:18-cr-253 GEB, be, and the same hereby are, deemed related. The case denominated United States v. David, 2:18-cr-253 GEB, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as United States v. David, 2:18-cr-253 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: December 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE