McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
MATTHEW M. YELOVICH
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AS APN: 4181-034-009, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY KNOWN AS APN: 4179-012-040 (FORMERLY KNOWN AS 4179-012-039), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants. | 2:18-CV-02328-WBS-KJN<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought by the United States for forfeiture of real properties connected to fraud and money laundering. The real properties are identified as APN: 4181-034-009 and APN: 4179-012-040 (hereafter "defendant properties"), including all appurtenances and improvements thereto, and more fully described in Exhibits A and B attached hereto and incorporated herein by reference. The recorded owner of the defendant real properties is Sacramento Sports Partners, LLC. Jeffrey David is the managing member and official representative of Sacramento Sports Partners, LLC.

2. A Verified Complaint for Forfeiture *In Rem* was filed on August 26, 2018 and an

1

*Amended* Complaint was filed on September 20, 2018 (hereafter "Complaint"). The complaint alleged that the defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

3. On September 18, 2018, the defendant properties were posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on September 6, 2018, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. Beginning on September 22, 2018, after the *Amended* Complaint was filed, the United States re-started the published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. The publication will run for at least 30 consecutive days.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

    a. Sacramento Sports Partners, LLC, c/o Cheyenne Moseley, LegalZoom.com, Inc.,
    b. Jeffrey David,
    c. Katharine David, and
    d. Citibank, N.A.

6. On September 26, 2018, Sacramento Sports Partners, LLC filed a claim stating the entity has an ownership interest in the defendant properties. On September 26, 2018, Jeffrey David and Kate David filed separate claims to the defendant properties (hereafter collectively "Claimants"). No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On October 5, 2018, escrow closed for the defendant property APN: 4179-012-040 and the United States received a wire transfer in the amount of $3,190,579.97, which will be substituted in lieu of the real property. Citibank, which held a lien interest on the property, was paid in full through escrow.

8. On October 19, 2018, escrow closed for the defendant property APN: 4181-034-009 and the United States received a wire transfer in the amount of $10,013,207.93, which will be substituted in lieu of the real property.

///

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Sacramento Sports Partners, LLC, Jeffrey David, and Kate David, and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Sacramento Sports Partners, LLC, Jeffrey David, and Kate David in the following defendant assets shall be forfeited to the United States pursuant to 18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law:

    a. Approximately $10,013,207.93 in net proceeds from the sale of defendant real property known as APN: 4181-034-009, plus any accrued interest, and

    b. Approximately $3,190,579.97 in net proceeds from the sale of defendant real property known as APN: 4179-012-040, plus any accrued interest.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint, as well as those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

4. Claimants waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real properties.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED.

Dated: January 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Real property known as APN: 4181-034-009

the real property in the City of Hermosa Beach, County of Los Angeles, State of California, described as:

Lot 11 of Block 1 of Shakespeare Beach, in the City of Hermosa Beach, County of Los Angeles, State of California, as per Map recorded in Book 4, Pages 83 and 84 of Maps, in the Office of the County Recorder of said County.

# **EXHIBIT B**

Real property known as APN: 4179-012-040

All that real property situated in the City of Manhattan Beach, County of Los Angeles, State of California, described as:

A Condominium comprised of:

Parcel 1:

An undivided ½ interest in and to Parcel 1 of Parcel Map No. 72918, in the City of Manhattan Beach, County of Los Angeles, State of California, as per map filed in Book 384, Pages 5 and 6 of Parcel Maps, in the office of the County Recorder of said county.

Excepting therefrom, the following:

(a) Units 1 and 2 as shown and defined upon the Condominium Plan recorded June 24, 2016 as Instrument No. 20160731909 of Official Records of said County.

(b) The exclusive right to use of all those areas designated as Decks, Driveways, Guest Parking and Yards, as shown upon the Condominium Plan referred to above.

Parcel 2:

**Unit No. 1**, as shown upon the Condominium Plan above referred to.

Parcel 3:

The exclusive right to use of those portions of Parcel 1 of Parcel Map No. 72918, described in Parcels 1 and 2 above, designated as Deck Area(s) "(1D-2), (1D'-2) and (1D-3)", as appurtenant to Parcels 1 and 2 above described.

Parcel 4:

The exclusive right to use of those portions of Parcel 1 of Parcel Map No. 72918, described in Parcels 1 and 2 above, designated as Driveway Area "(1DW-1)", as appurtenant to Parcels 1 and 2 above described.

Parcel 5:

The exclusive right to use of those portions of Parcel 1 of Parcel Map No. 72918, described in Parcels 1 and 2 above, designated as Guest Parking Area "(1GP-1)", as appurtenant to Parcels 1 and 2 above described.

Parcel 6:

The exclusive right to use of those portions of Parcel 1 of Parcel Map No. 72918, described in Parcels 1 and 2 above, designated as Yard Area "(1Y-1)", as appurtenant to Parcels 1 and 2 above described.

APN: 4179-012-040